

# Fourth Court of Appeals
## San Antonio, Texas

July 30, 2015

No. 04-15-00314-CV

**IN THE INTEREST OF A.R.M., ET AL., CHILDREN**,

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-02201
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

    Appellant's motion for extension of time to file brief is hereby GRANTED. Time is extended to August 17, 2015.

_____
Rebeca C. Martinez, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of July, 2015.

_____
Keith E. Hottle
Clerk of Court